IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BRANDON MORRALL,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:24-cv-00253-CAR-CHW |
| | : | |
| **Warden SALES,** | : | Proceedings Under 28 U.S.C. § 2254 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

### ORDER

Petitioner Brandon Morrall has previously requested an evidentiary hearing be held regarding his pending federal habeas petition. (Docs. 14, 17, 35). The Court denied the motions and has explained that in accordance with Rule 8 of the Rules Governing Section 2254 Cases, the Court would, **on its own**, review both parties' filings along with any transcripts and state-court records and other materials in determining whether to hold an evidentiary hearing. (Docs. 15, 32, 36). Despite this explanation, Petitioner has filed another seven motions, in which he seeks either an evidentiary hearing or a conference call to explain why he believes a hearing a necessary. (Docs. 37-41, 43, 44). Petitioner's grounds for habeas relief and the basis of his request for an evidentiary hearing are well-documented in the record. As the Court explained, the entire record, including Petitioner's belief about why an evidentiary hearing is necessary, will be reviewed in due course. Once this review has occurred, the Court will, **on its own**, schedule an evidentiary if one is warranted. Petitioner need not continue to request an evidentiary hearing in this matter. Petitioner's motions (Docs. 37-41, 43-44) are **DENIED**.

**SO ORDERED**, this 3rd day of June, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1