IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON MORRALL, *

Petitioner, *

v. Case No. 5:24-CV-253-CAR-CHW

*

Warden SALES, *

Respondent. *

**J U D G M E N T**

Pursuant to this Court's Order dated 10/6/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk